■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELIAS D. BURLEW, Appellant. [689 NYS2d 925] —Judgment unanimously affirmed. Memorandum: Contrary to the contention of defendant, the record does not demonstrate that he was absent from the courtroom during his trial (*see, People v Pichardo*, 168 AD2d 577, *lv denied* 77 NY2d 965). Defendant failed to preserve for our review his contention that County Court erred in failing to give cautionary instructions regarding note-taking by jurors (*see,* CPL 470.05 [2]; *People v Buccola*, 175 AD2d 601, *lv denied* 78 NY2d 1010), and we decline to exercise our power to review that contention as a matter of discretion in the interest of justice (*see,* CPL 470.15 [6] [a]).

Defendant failed to request a youthful offender adjudication and thus waived his right to that adjudication (*see, People v McGowen*, 42 NY2d 905, *rearg denied* 42 NY2d 1015; *see generally,* CPL 720.20 [1]). "In any event given defendant's prior history and the nature of the crime, there is no indication before us that such treatment was warranted" (*People v Haffner*, 167 AD2d 652, *lv denied* 77 NY2d 878; *see, People v Quesnel*, 115 AD2d 802; *cf., People v Torres*, 238 AD2d 933). Finally, the sentence is neither unduly harsh nor severe. (Appeal from Judgment of Steuben County Court, Scudder, J.—Manslaugh-

ter, 1st Degree.) Present—Green, J. P., Pine, Wisner, Hurlbutt and Callahan, JJ.